# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| United States of America, | Case No.: 23-cr-0044-TWR |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| Manuel VILLEGAS aka Jose FIGUEROA-GARCIA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Villegas' motion hearing and trial setting hearing, currently scheduled for March 24, 2023 at 1:30 p.m., be continued to April 14, 2023 at 1:30 p.m.

It is further ordered that time between March 24, 2023 until April 14, 2023 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. For the reasons stated in the parties' joint motion, the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

DATED: 3/15/2023

**Honorable Todd W. Robinson**
United States District Court Judge