# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL VILLEGAS<br>aka JOSE FIGUEROA-GARCIA,<br><br>　　　　　　Defendant. | Case No.: 23-CR-0044-TWR<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING, TO SET BRIEFING SCHEDULE, AND TO EXCLUDE TIME** |

　　For good cause shown and upon joint motion of the parties,

　　IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for April 14, 2023 at 1:30 p.m. be continued to May 12, 2023 at 2:00 p.m.

　　IT IS FURTHER ORDERED that the United States' response to Defendant's Motion to Dismiss the Information under 8 U.S.C. § 1326(d) (Dkt. No. 24) is due on or before April 28 and any reply is due on or before May 5.

　　IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act due to the existing pretrial motions and under the ends of justice. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the continuance outweigh the best interest of the public and Defendant in a speedy trial. The additional time afforded by the continuance will allow the United States to transcribe and translate the relevant hearings so that the Court may review the filings with the necessary information.

DATED: 4/5/2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. TODD W. ROBINSON
　　　　　　　　　　　　　　　　　　　United States District Judge